This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-42165**

**STATE OF NEW MEXICO ex rel.
CHILDREN, YOUTH & FAMILIES
DEPARTMENT,**

> Petitioner-Appellee,

v.

**AARON C.,**

> Respondent-Appellant,

and

**AUDREY C. and PAUL T.,**

> Respondents,

**IN THE MATTER OF MALACHI C. and
AVERY D.L.P., the Children.**

**APPEAL FROM THE DISTRICT COURT OF RIO ARRIBA COUNTY
Mary Marlowe Sommer, District Court Judge**

Children, Youth & Families Department
Amanda M. Romero, Chief Children's Court Attorney
Santa Fe, NM

for Appellee

Office of Family Representation & Advocacy
Wolfgang Bomgardner
Santa Fe, NM

for Appellant

Ernest O. Pacheco
Santa Fe, NM

Guardian Ad Litem for Malachi C.

Law Office of Carline Bass
Caroline Bass
Santa Fe, NM

Guardian Ad Litem for Avery D.L.P.

**MEMORANDUM OPINION**

**HANISEE, Judge.**

**{1}**     Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal has been filed and the time for doing so has expired. **REVERSED.**

**{2}     IT IS SO ORDERED.**

**J. MILES HANISEE, Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Chief Judge**

**JENNIFER L. ATTREP, Judge**